DAUGHERTY, APPELLEE AND CROSS-APPELLANT, *v.* HAMILTON
ET AL.; TRAVELERS PROPERTY CASUALTY COMPANY,
APPELLANT AND CROSS-APPELLEE.

[Cite as *Daugherty v. Hamilton,*
100 Ohio St.3d 320, 2003-Ohio-6217.]

(Nos. 2003–1352 and 2003–1497—Submitted November
3, 2003—Decided December 10, 2003.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The certification of conflict is not accepted.

{¶ 3} The cross-appeal is dismissed as moot.

{¶ 4} The judgment of the court of appeals against Travelers Property Casualty Company is reversed on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Connelly, Jackson & Collier, L.L.P., Anthony E. Turley and Jason A. Hill, for appellee and cross-appellant.

Davis & Young and Henry A. Hentemann, for appellant and cross-appellee.